UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KEVIN FULLER, on behalf
of himself and all others
similarly situated,

      Plaintiff,

v.                                 CASE NO. :  6:23-cv-01168-WWB-EJK

ACADEMY BUS LLC,

      Defendant.

_____/

CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

Complete and return to:     c/o Amanda E. Heystek, Esquire
                                Wenzel Fenton Cabassa, P.A.
                                1110 North Florida Avenue
                                Suite 300
                                Tampa, Florida  33602
                                Direct Number: (813) 379-2560
                                Facsimile: (813) 229-8712
                                E-Mail: aheystek@wfclaw.com
                                Secondary e-mail: rcooke@wfclaw.com

Name:               Robert Bennett
Address:          1921 Spruce Ridge Dr.
City:                Orlando, Florida 32808
Telephone:       (321) 212-8253
E-Mail:           robybennett15@aol.com

       1.     During the two years preceding the filing of this lawsuit, I was employed by Defendant.  I consent and agree to pursue my claims in connection with the above-referenced lawsuit arising out my employment.

Doc ID: 53f813503cf67c61288a0fb6e70ef6e702a0c40b

2.      During the two years preceding the filing of this lawsuit, Defendant failed to pay me at least minimum wage for all hours worked nor the premium rate for each hour worked over forty in each week worked in violation of the Fair Labor Standards Act ("FLSA").

3.      I understand that this lawsuit is brought under the FLSA, 29 U.S.C. § 201, *et seq*. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action. I hereby designate Wenzel Fenton Cabassa, P.A., 1110 North Florida Avenue, Suite 300, Tampa, Florida 33602, to represent me for all purposes in this action. I agree to be bound by any settlement entered into by the Named Plaintiff without the need for my signature on any settlement agreement, and any judgment entered in this case.

Signature: _____     Date: _____

      **ROBERT BENNETT**

03 / 25 / 2024

**Dropbox** Sign                                                      Audit trail

| | |
|---|---|
| **Title** | Consent Opt-in |
| **File name** | Opt-In_Robert_Bennett_-_115565.pdf |
| **Document ID** | 53f813503cf67c61288a0fb6e70ef6e702a0c40b |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

## Document History

| | | |
|---|---|---|
| SENT | **03 / 25 / 2024**<br>13:44:47 UTC-4 | Sent for signature to Robert Bennett (robybennett15@aol.com) from rcooke@wfclaw.com<br>IP: 47.206.173.38 |
| VIEWED | **03 / 25 / 2024**<br>13:51:42 UTC-4 | Viewed by Robert Bennett (robybennett15@aol.com)<br>IP: 174.212.39.46 |
| SIGNED | **03 / 25 / 2024**<br>13:52:02 UTC-4 | Signed by Robert Bennett (robybennett15@aol.com)<br>IP: 174.212.39.46 |
| COMPLETED | **03 / 25 / 2024**<br>13:52:02 UTC-4 | The document has been completed. |

Powered by **Dropbox** Sign